Kathryn Tassinari, OSB # 80115
Brent Wells, OSB # 85403
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette Street
Eugene, OR 97401
(541) 686-1969
kathrynt50@comcast.net
Of Attorneys for the Plaintiff

FILED'09 OCT 30 16:33 USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| THERESA GAIL ROBERTS, ) | |
| ) | Case No. 08-6295-MO |
| Plaintiff, ) | |
| vs. ) | |
| ) | ORDER FOR PAYMENT OF ATTORNEY |
| MICHAEL J. ASTRUE, ) | FEES PURSUANT TO EAJA |
| Commissioner, Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

Based upon the Stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $3,494.15 are hereby awarded to Plaintiff, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Said fees are payable to plaintiff's attorney, Kathryn Tassinari of Harder, Wells, Baron & Manning, P.C.

Dated this 20 day of Oct, 2009.

_____
U.S. District Judge

PRESENTED BY:
s/ Kathryn Tassinari
Harder, Wells, Baron & Manning, P.C.
Of Attorneys for Plaintiff

ORDER FOR PAYMENT OF ATTORNEY FEES PURSUANT TO EAJA
Page 1 of 1